IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Ken Gaskins, et al.,                    :
                                        :
      Plaintiff,                       :
                                        :   Case Number: 1:12cv192
   vs.                                  :
                                        :   Chief Judge Susan J. Dlott
Rock-Tenn Corporation,                  :
                                        :
      Defendant.                      :

ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on October 17, 2013 (Doc. 30), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired November 4, 2013, hereby ADOPTS said Report and Recommendation.

Accordingly, defendant's motion for summary judgment (Doc. 21) is **GRANTED.** Judgement is entered in favor of the defendant.   This case is **TERMINATED** from the Court's docket.

    IT IS SO ORDERED.


   ___s/Susan J. Dlott_____
   Chief Judge Susan J. Dlott
   United States District Court